# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMIR MAJIKE BEY**, | : | CIVIL ACTION NO. 4:12-CV-424 |
| **Plaintiff** | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **District Attorney PETER JOHNSON**, | : | |
| *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of January, 2013, upon consideration of the Report and Recommendation of United States Judge Malachy E. Mannion (Doc. 17), recommending that the motions to dismiss (Docs. 8, 10) be granted, and, following an independent review of the record, and noting that plaintiff filed objections[1] to the report on December 14, 2012 (Doc. 18), and the court finding Judge Mannion's analysis to be thorough and well-reasoned, and the court finding plaintiff's objections to be without merit and squarely addressed by Judge Mannion's report (Doc. 17), it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1. The Report and Recommendation of Judge Mannion (Doc. 17) are ADOPTED.

2. The motion to dismiss (Doc. 8) filed by Defendants Johnson, Richards and Ritter, III, is GRANTED.

3. The motion to dismiss (Doc. 10) filed by Defendants Armbruster, Mensch and Sholley is GRANTED.

4. The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge